UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIREILLE DESMORNES, | : | CIVIL ACTION NO. 3:13-CV-01339-JBA |
| Plaintiff, | : | |
| v. | : | |
| PRATT & WHITNEY and KELLY SERVICES, INC. | : | |
| Defendants. | : | SEPTEMBER 16, 2014 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to the Local Rules of this Court and the Federal Rules of Civil Procedure, Defendant Pratt & Whitney hereby moves for a thirty day extension of time—until October 20, 2014— to file its Motion for Summary Judgment on the following grounds:

1. Pratt & Whitney's Motion for Summary Judgment is currently due September 18, 2014.

2. Pratt & Whitney and Plaintiff have reached a settlement agreement, but require additional time to finalize the settlement documents.

3. This is Pratt & Whitney's first request for an extension of time to file its Motion for Summary Judgment.

4. Plaintiff's counsel, Anthony Pantuso, consents to this extension of time.

DEFENDANT,
PRATT & WHITNEY


By:   /s/ Ashley L. Harrison
     Albert Zakarian (ct04201)
     Glenn W. Dowd (ct12847)
     Eric L. Sussman (ct19723)
     Ashley L. Harrison (ct28953)
     Day Pitney LLP
     242 Trumbull Street
     Hartford, CT 06103
     Telephone:  (860) 275-0100
     Facsimile:   (860) 881-2498
     *azakarian@daypitney.com*
     *gwdowd@daypitney.com*
     *elsussman@daypitney.com*
     *aharrison@daypitney.com*

Its Attorneys

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that on this date a copy of this **Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' s CM/ECF System.

     /s/   Ashley L. Harrison
     Ashley L. Harrison